UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff | ) ) ) | CRIMINAL NO. _08CR1136-JM_ |
| vs. | ) ) | ORDER _08mj8266_ |
| Monique Aryel Romero, et al | ) ) | RELEASING MATERIAL WITNESS |
| Defendant(s) | ) ) ) | Booking No. |

On order of the United States District/Magistrate Judge, **PETER C. LEWIS**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / **Order of Court**).

Jose Rodriguez-Perez
74120208
883612

DATED: _4/10/08_

RECEIVED _____ DUSM

**PETER C. LEWIS**

UNITED STATES DISTRICT/MAGISTRATE JUDGE

OR

W. SAMUEL HAMRICK, JR.  Clerk

by _J. Flores_
Deputy Clerk

CLERK'S COPY
mc500 Crim-25 rev. 8-95

☆ U.S. GPO: 2003-581-774/70082